## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERAMIE HOLDINGS, LLC AND<br>OFFSHORE MARINE, INC. OF GALLIANO | * | CIVIL ACTION |
| VERSUS | * | No. 09-07487 |
| MARINER, L.L.C., JANE STANSBURY,<br>GARY STANSBURY, AND<br>GARY P. STANSBURY, JR. | *<br><br>* | SECTION "S"<br>Hon. Mary Ann Vial Lemmon |
| | * | MAG. DIV. 3<br>Hon. Daniel E. Knowles, III |

## ANSWER AND DEFENSES TO COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Mariner, L.L.C., Jane Stansbury, Gary Stansbury and Gary P. Stansbury, Jr., sought to be made defendants herein, and for its Answer and Defenses to the Seaman's Complaint and First Amended Complaint (collectively referred to herein at times as "Complaint") of plaintiffs, Cheramie Holdings, LLC and Offshore Marine, Inc. of Galliano ("plaintiffs"), respectfully avers upon information and belief as follows:

## FIRST DEFENSE

The Complaint fails to state a claim, right or cause of action against defendants upon which relief can be granted.

## SECOND DEFENSE

This Court lacks jurisdiction over the person of the defendants.

## THIRD DEFENSE

This Court lacks subject matter jurisdiction as regards plaintiffs' claims.

## FOURTH DEFENSE

**AND NOW**, with respect to the particular allegations contained in the Complaint, Mariner, L.L.C., Jane Stansbury, Gary Stansbury and Gary P. Stansbury, Jr., aver upon information and belief, as follows:

### I.

The allegations contained in Article 1 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### II.

The allegations contained in Article 2 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### III.

The allegations contained in Article 3 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### IV.

The allegations contained in Article 4 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## V.

The allegations contained in Article 5 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## VI.

The allegations contained in Article 6 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## VII.

The allegations contained in Article 7 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## VIII.

The allegations contained in Article 8 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## IX.

The allegations contained in Article 9 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## X.

The allegations contained in Article 10 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## XI.

The allegations contained in Article 11 of the Complaint are denied for lack

of knowledge or information sufficient to justify a belief therein.

## XII.

The allegations contained in Article 12 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## XIII.

The allegations contained in Article 13 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## XIV.

The allegations contained in Article 14 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## XV.

The allegations contained in Article 15 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## XVI.

The allegations contained in Article 16 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## XVII.

The allegations contained in Article 17 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XVIII.

The allegations contained in Article 18 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XIX.

The allegations contained in Article 19 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XX.

The allegations contained in Article 20 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXI.

The allegations contained in Article 21 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXII.

The allegations contained in Article 22 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXIII.

The allegations contained in Article 23 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXIV.

The allegations contained in Article 24 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXV.

The allegations contained in Article 25 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXVI.

The allegations contained in Article 26 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXVII.

The allegations contained in Article 27 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXVIII.

The allegations contained in Article 28 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXIX.

The allegations contained in Article 29 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXX.

The allegations contained in Article 30 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXXI.

The allegations contained in Article 31 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXXII.

The allegations contained in Article 32 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXXIII.

The allegations contained in Article 33 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXXIV.

The allegations contained in Article 34 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXXV.

The allegations contained in Article 35 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXXVI.

The allegations contained in Article 36 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXXVII.

The allegations contained in Article 37 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXXVIII.

The allegations contained in Article 38 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXXIX.

The allegations contained in Article 39 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXXX.

The allegations contained in Article 40 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

### XXXXI.

The allegations contained in Article 41 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

## XXXXII.

The allegations contained in Article 42 of the Complaint are denied for lack of knowledge or information sufficient to justify a belief therein.

**WHEREFORE**, defendants, Mariner, L.L.C., Jane Stansbury, Gary Stansbury and Gary P. Stansbury, Jr., pray that this, its Answer and Defenses to Plaintiffs' Complaint be deemed good and sufficient, and that, after due proceedings had, there be judgment herein in their favor and against plaintiffs, dismissing the Complaint of plaintiffs at their costs, and for all recovery of all costs, expenses and attorney's fees incurred in defending this matter, and for all such other and further relief as equity and the justice of this cause may require and permit.

Respectfully submitted;

LAW OFFICE OF CHRISTOPHER H. RIVIERE
A Professional Law Corporation

_____
CHRISTOPHER H. RIVIERE (#11297)
ERIC J. TROSCLAIR (#30099)
103 West Third Street
Post Office Box 670
Thibodaux, Louisiana 70302-0670
Telephone: (985) 447-7440
Facsimile: (985) 447-3233
Attorney for Mariner, L.L.C., Jane Stansbury,
Gary Stansbury and Gary P. Stansbury, Jr.,

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

        Miles C. Thomas        mthomas@lawla.com

        Scott Rodgers Wheaton, Jr.        srwheaton@lawla.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants: None

_____
CHRISTOPHER H. RIVIERE