UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERAMIE HOLDINGS, LLC AND** | | |
| **INSHORE MARINE, INC. OF GALLIANO** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO.** |
| **MARINER, L.L.C., JANE STANSBURY,** | * | **SECTION ""** |
| **GARY STANSBURY, AND** | | |
| **GARY P. STANSBURY, JR.** | * | **MAG. DIV. ( )** |

\*   \*   \*   \*   \*   \*   \*   \*

### MOTION AND ORDER OF DISMISSAL

On motion of plaintiffs, Cheramie Holdings, LLC and Inshore Marine, Inc. of Galliano, and on suggesting to the Court that plaintiffs desire dismissal of the above entitled action, without prejudice, each party to bear its own costs;

Plaintiffs' counsel has spoken with counsel of record for defendants, Christopher H. Riviere, who informed them that he no longer represented defendants and that defendants were now represented by Robert S. Reich. On April 13, 2010, Plaintiffs' counsel spoke with Robert S. Reich who requested that this action be dismissed. On April 14, 2010, Plaintiffs' counsel received the Ex Parte Motion to Substitute Robert S. Reich for Christopher H. Riviere. Shortly thereafter, Plaintiffs' counsel spoke with Mr. Reich's staff who stated that Mr. Reich was out of the office for the remainder of the week.

IT IS ORDERED, ADJUDGED, AND DECREED that the above entitled action be and it is hereby dismissed, without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this _____ day of _____, 2010.

                             _____
                             UNITED STATES DISTRICT JUDGE

Respectfully Submitted:

/s Miles C. Thomas
SCOTT R. WHEATON, JR., T.A., Bar No. 13395
MILES C. THOMAS, Bar No. 31342
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504)568-1990
Facsimile: (504)310-9195
Attorneys for Cheramie Holdings, LLC
and Inshore Marine, Inc. of Galliano

## **CERTIFICATE**

     I hereby certify that a copy of the above and foregoing pleading has been electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

s/ Miles C. Thomas
MILES C. THOMAS